```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE:                                                       :
                                                             :
FARXIGA (DAPAGLIFLOZIN) PRODUCTS                             :      17-MD-2776 (LGS)
LIABILITY LITIGATION                                         :      17-MC-2776 (LGS)
                                                             :
This Document Relates to All Actions                         :      ORDER No. 20
                                                             :         (Deadlines)
-------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/15/17

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 15, 2017.  It is hereby **ORDERED** that:

## I.   DISCOVERY SCHEDULE

On or before **November 29, 2017**, the parties shall file a joint letter including a proposed amended case management plan.  To the extent that the parties disagree as to the proposed schedule, the parties shall note with specificity the basis for their disagreement and, if appropriate, provide separate proposals.

## II.   PERSONAL JURISDICTION

On or before **November 29, 2017**, the parties shall each file a waiver on behalf of their respective out-of-state clients, waiving those clients' personal jurisdiction and submitting to the Court's jurisdiction.

## III.   COMMON BENEFIT FUND REPORT

The deadline for Plaintiffs' Liaison Counsel to email Chambers the report required by Order No. 9 is adjourned pending a superseding order regarding the filing of such submissions.

## IV. NEXT CONFERENCE

The parties shall attend a status conference on **December 12, 2017**, at **4 p.m.** As provided in Order No. 1, parties with similar interests may agree as to any conference, unless otherwise ordered, to have an attending attorney represent their interests instead of attending through their own attorney or, if pro se, in person.

By **December 5, 2017**, at **5:00 p.m.**, the parties shall file a joint status letter and proposed conference agenda not to exceed seven pages.

## V. SUMMARY OF DEADLINES

For ease of reference, the deadlines in this Order are listed in the table below.

| Deadline | Submission or Action | Party or Parties | Maximum Length |
|---|---|---|---|
| November 29, 2017 | Proposed amended discovery schedule | Joint Submission | N/A |
| November 29, 2017 | Waiver of personal jurisdiction as to out-of-state clients | Joint Submission | N/A |
| December 5, 2017 | Joint status letter and proposed conference agenda | Joint Submission | 7 pages |

Each underlined submission listed in this table shall be filed in both 17-MD-2776 and 17-MC-2776.

Dated: November 15, 2017
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**