UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>FARXIGA (DAPAGLIFLOZIN)<br>PRODUCTS<br>LIABILITY LITIGATION<br><br>*This Document Relates to: June Thompson v. Bristol-Myers Squibb Co., et al.*, No. 1:17-cv-07286-LGS | 17-MD-2776 (LGS) |

## STIPULATION TO DISMISS WITH PREJUDICE

WHEREAS, on September 26, 2017, Plaintiff June Thompson filed a Complaint against Bristol-Myers Squibb Co., AstraZeneca LP, and AstraZeneca Pharmaceuticals LP in the United States District Court for the Southern District of New York, Civil Action No. 1:17-cv-07286-LGS.

WHEREAS, the parties agree to the herein Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party bearing its own attorneys' fees, costs and expenses.

NOW THEREFORE, the parties respectfully request that all claims in Plaintiff's Complaint be dismissed with prejudice.

It is so stipulated, through counsel of record.

DATED: January 18, 2018

Respectfully submitted,

Jessica A. Perez
Pendley, Baudin & Coffin, LLP
24110 Eden Street
PO Drawer 71
Plaquemine, LA 70765

1

*Counsel for Plaintiff*

*Stephen D. Raber* /s/

Stephen D. Raber
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005

1330 Avenue of the Americas
Suite 23A
New York, NY 10019
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorney for Defendants Bristol-Myers Squibb Co., AstraZeneca LP, and AstraZeneca Pharmaceuticals LP*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, the foregoing Stipulation to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

*Stephen D. Raber /SLR*
Stephen D. Raber